DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARYN BISHOP, LENORA QUIMBY** and **MICHAEL FERRENTINO,**
Appellants,

v.

**SARA PEARCE, RICHARD PEARCE, JEFF T. GORMAN LAW OFFICES, P.A.,** and **HEART OF ADOPTIONS, INC.,**
Appellees.

Nos. 4D20-2668, 4D20-2669, 4D20-2670 and 4D20-2741

[July 1, 2021]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Michael J. Linn, Judge; L.T. Case Nos. 312017DP000159A, 312019DR000583, 312019DR001287, and 312019DP000036.

A. Julia Graves of Law Office of A. Julia Graves, P.A., Vero Beach, for appellants Lenora Quimby and Michael Ferrentino.

Liz Wilson of Law Office of Liz Wilson, P.A., Vero Beach, for appellant Karyn Bishop.

Jeff T. Gorman of Jeff T. Gorman Law Offices, P.A., Stuart, for appellees Sara Pearce and Richard Pearce.

Robert L. Webster, III and Jeanne T. Tate of Jeanne T. Tate, P.A., Tampa for appellee Heart of Adoptions, Inc.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***